

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

RECEIVED

NOV 02 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Rashidi Balewa

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

1:20-cv-06499
Judge Manish S. Shah
Magistrate Judge Jeffrey Cummings
PC1

vs.

Geary Kvll
Dan Walsh

Case No:_____
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

I. **Plaintiff(s):**

   A. Name: Rashidi Balewa

   B. List all aliases: _____

   C. Prisoner identification number: 20190630188

   D. Place of present confinement: Cook County Jail

   E. Address: P.O. Box 089002 Chicago, IL 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: Geary Kull
      Title: Judge
      Place of Employment: Maywood Courthouse

   B. Defendant: Dan Walsh
      Title: Public Defender
      Place of Employment: Maywood Courthouse

   C. Defendant: _____
      Title: _____
      Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

   A. Name of case and docket number: Balewa vs Vicari; unknown #, Balewa vs Longoria; unknown #

   B. Approximate date of filing lawsuit: 8/2019 and 4/2020 respectively

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

   D. List all defendants: Vicari, Warnock, Longoria and other P.D w/ Stone Park

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern Division

   F. Name of judge to whom case was assigned: Unknown

   G. Basic claim made: Police misconduct and failure to protect respectively

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still Pending

   I. Approximate date of disposition: Today

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**IV. Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I have been in Cook County Jail, detained, since June 30, 2019 for Agg. Kidnapping in Maywood Courthouse. I go in front of Judge Geary Kull. Around October of 2019, I informed my then public defender, that I would opt to represent myself, that I was no longer in need of his services. This was told to him in the "bullpen" before court. Once I stepped in front of the judge, he, being Geary Kull did not allow me to represent myself. He stated that I did not have that right. And he specifically told me that Public Defender Dan Walsh had the right to represent me. I was then given a two-month continuance "by agreement." I was allowed to represent myself

4

Revised 9/2007

after about 4 months from exercising my right. I know that Dan Walsh spoke to the judge, also, before the hearing began because I could see the two ~~whispering talking~~ communicating while I was approaching the bench. I choose to ~~fire~~ Dan Walsh because he was delaying my case by agreeing to continuance after continuance. I believe he requested a physch. evaluation to use as a delay tactic to give his other cases priority and once I choose to represent myself, he insisted to the judge out of my presence. This is discrimination and it was racially motivated.

I was given a no bond for the case. After several continuances "by agreement," some I didn't even see the judge so I had not agreed to anything, on ~~or~~ about April 2020 in Maywood Courthouse Geary Kull Granted ~~accepted~~ a "pre-accepted" States motion ~~for~~ a no bond. I argued that I did not have a bond the judge replied "this is in case you want to bond out." I can't argue a "pre-accepted" motion that I was not prepared for. I didn't even get a copy of the motion.

5                                                                Revised 9/2007

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want to be compensated. I want Public Defender's office and the courts to be held liable for continuances "by agreements" that cause hardships on defendants.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 27 day of 10, 20 20

Rashidi Balewa

(Signature of plaintiff or plaintiffs)

Rashidi Balewa
(Print name)

20190630188
(I.D. Number)

P.O. Box 089002
Chicago, IL 60608
(Address)