Rashidi Balenia
20190630488-CCJ
Tio-4A
P.O. Box 089002
Chicago, IL 60608

1:20-cv-06499
Judge Manish S. Shah
Magistrate Judge Jeffrey Cummings
PC1

Prisoner Correspondent
United States District Court
219 S. Dearborn Street, 20th Floor
Chicago, IL 60604


11/02/2020-6