# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Rashidi Balewa,

Plaintiffs,

v.

Geary Kull, et al.,

Defendants.

Case No. 20-cv-06499
Judge Manish Shah

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s) and against defendant(s) in the amount of $        ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s) and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: This case is dismissed with prejudice for failure to state a claim, for the reasons stated in the Court's December 7, 2020 Order. See [4]. Plaintiff is advised that a dismissal for failure to state a claim is a "strike" under 28 U.S.C. § 1915(g).

This action was *(check one)*:

☐ tried by a jury with Judge Manish Shah presiding, and the jury has rendered a verdict.
☐ tried by Judge Manish Shah without a jury and the above decision was reached.
☒ decided by Judge Manish Shah.

Date: 1/26/2021                    Thomas G. Bruton, Clerk of Court

/Susan McClintic , Deputy Clerk